# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BRIM SR., | CASE NO. 05-CV-2182 – IEG (WMc) |
| Petitioner, | **ORDER:** |
| vs. | **(1) ADOPTING THE REPORT AND RECOMMENDATION** |
| RODERICK Q. HICKMAN, Secretary of California Department of Corrections and Rehabilitation, | **(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE; and** |
| Respondent. | **(3) DENYING CERTIFICATE OF APPEALABILITY** |

On November 23, 2005, Ronald Brim, Sr., ("petitioner"), a state inmate proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("petition").[1] Petitioner, in his petition, claims that his Constitutional due process and equal protection rights were violated because a disciplinary committee found him guilty in a prison disciplinary hearing . (Petition at 6-11.)

The case was referred to United States Magistrate Judge William McCurine Jr. pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule HC.2(a). On March 21, 2006, respondent filed an answer to the petitioner for writ of habeas corpus. (Doc. No. 14.) Petitioner filed a memorandum in support of

---

[1] Roderick Q. Hickman has been substituted in place of W.S. Sullivan, the warden of the prison in which petitioner is currently incarcerated and the respondent originally named in the petition. (Doc. No. 12.)

1  his petition on March 24, 2006. (Doc. No. 18.)

2       On January 18, 2007, Magistrate Judge McCurine issued a Report and Recommendation
3  ("Report") recommending that the court deny the petition as to both petitioner's due process and equal
4  protection arguments. (Doc. No. 19.) The court, having reviewed de novo the Magistrate Judge's
5  Report, and there being no objections filed to the Report, **ADOPTS** the Magistrate Judge's
6  recommendations in full.

7       The court hereby **DENIES** the petition for writ of habeas corpus with prejudice. Furthermore,
8  the Court **DENIES** petitioner a certificate of appealability, as petitioner has not made a substantial
9  showing that he has been denied a constitutional right. 28 U.S.C. § 2253(c)(1)(A).

10  **IT IS SO ORDERED.**

12  **DATED:  March 13, 2007**

_____
**HON. IRMA E. GONZALEZ, Chief Judge**
United States District Court
Southern District of California